February 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

R.F. BEARDEN, Appellant

NO. 14-13-00578-CV                          V.

WALTON HOUSTON GALLERIA OFFICE, LP, Appellee

_____

The Court's judgment issued January 9, 2014 is withdrawn. Today the Court heard the parties joint motion to vacate the judgment below and dismiss the appeal from the judgment signed by the court below on April 17, 2013. Having considered the motion and found it meritorious, we order the judgment signed April 17, 2014 **VACATED** and the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.